| | |
|---|---|
| 1 | ROBERT W. FERGUSON<br>*Attorney General* |
| 2 | |
| 3 | JEFFREY T. SPRUNG, WSBA #23607<br>R. JULY SIMPSON, WSBA #45869 |
| 4 | PAUL M. CRISALLI, WSBA #40681<br>SPENCER W. COATES, WSBA #49683 |
| 5 | *Assistant Attorneys General*<br>800 Fifth Avenue, Suite 2000 |
| 6 | Seattle, WA 98104-3188<br>(206) 464-7744 |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | | |
|---|---|---|
| 9 | STATE OF WASHINGTON, | NO. 2:20-cv-00182-TOR |
| 10 | Plaintiff, | ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION |
| 11 | v. | |
| 12 | BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency, | |
| 13 | | [PROPOSED] |
| 14 | | NOTED FOR: June 11, 2020<br>With Oral Argument |
| 15 | | |
| 16 | Defendants. | |

This matter came before the Court on Plaintiff State of Washington's Motion for Preliminary Injunction. The Court has considered all of the following:

1. Plaintiff State of Washington's Motion for Preliminary Injunction (ECF No. _____) with supporting declarations and exhibits;

2. Defendants' Response to Plaintiff State of Washington's Motion for Preliminary Injunction (ECF No. _____);

ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S
MOTION FOR PRELIMINARY
INJUNCTION
NO. 2:20-cv-00182-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    3.    Plaintiff State of Washington's Reply in Support of Motion for Preliminary Injunction (ECF No. _____); and

3    4.    The entire record in the above-captioned matter.

Being fully apprised of the matter, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff State of Washington's Motion for Preliminary Injunction is hereby GRANTED.

The Court finds that Washington has established a likelihood of success on the merits of its claims under the Administrative Procedure Act, Separation of Powers Doctrine, and Spending Clause, that they would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of an injunction.

The Court, therefore, hereby GRANTS a preliminary injunction against the implementation or enforcement of the Department's eligibility restriction that limits the discretion of institutions of higher education in the State of Washington to provide emergency financial assistance grants under the CARES Act, § 18004, to students who are not eligible for federal financial aid under Title IV, section 484, of the Higher Education Act. The Court finds that Congress intended to grant institutions of higher education discretion to determine which students will receive CARES Act emergency aid grants, subject only to the limitations stated expressly in the CARES Act, section 18004(c). If the Department's eligibility

ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION
NO. 2:20-cv-00182-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  restriction were to continue to be in effect, it would irreparably injure
2  Washington's students and institutions of higher education.

3  Thus, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, the
4  Department of Education, its officers, agents, servants, employees, and attorneys,
5  and any person in active concert or participation with them, are hereby
6  PRELIMINARILY ENJOINED from implementing or enforcing the provision
7  in the April 21, 2020, guidance that restricts the eligibility of students in the State
8  of Washington who are entitled to CARES Act student emergency financial
9  assistance grants to only those students who are eligible for federal financial aid
10 under Title IV, section 484 of the Higher Education Act, in any manner or in any
11 respect, and shall preserve the status quo until further order of the Court.

12 No bond shall be required pursuant to Federal Rule of Civil
13 Procedure 65(c).

14 It is SO ORDERED.

15 ISSUED this _____ day of _____ 2020.

17 _____
   THE HONORABLE THOMAS O. RICE

ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S
MOTION FOR PRELIMINARY
INJUNCTION
NO. 2:20-cv-00182-TOR

3

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington


*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
paul.crisalli@atg.wa.gov
spencer.coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S
MOTION FOR PRELIMINARY
INJUNCTION
NO. 2:20-cv-00182-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744