# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>　　　　　　　　Defendants. | **Case No.**  2:20-CV-0182-TOR<br><br>**CIVIL MINUTES**<br><br>**DATE:**   6/11/2020<br><br>**LOCATION:**  Telephonic<br><br>**MOTION HEARING** |

**CHIEF JUDGE THOMAS O. RICE**

| Linda Hansen | LC 02 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| R July Simpson and Spencer Coates | | Alexander V Sverdlov | |
| **Plaintiff's Counsel** | | **Defendants' Counsel** | |

**[ ] Open Court**　　　　　**[ ] Chambers**　　　　　**[ X ] Telephonic**

All parties present via telephone.  The Court has reviewed the file and the submission of the parties.

Motion before the Court: Plaintiff State of Washington's Motion for Preliminary Injunction, ECF No. 5

　July Simpson presented argument on behalf of Plaintiff's motion
　The Court questioned Ms. Simpson
　Spencer Coates presented argument on behalf of Plaintiff's motion
　Alexander Sverdlov argued in opposition
　Ms. Simpson and Mr. Coates argued in rebuttal

The Court took the matter under advisement and will issue a detailed written order.

| CONVENED:  1:02 PM | ADJOURNED:  2:10 PM | TIME: 1 HR / 8 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|