ROBERT W. FERGUSON
*Attorney General*

JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>Defendants. | NO. 2:20-cv-00182-TOR<br><br>NOTICE OF FILING |

Plaintiff State of Washington submits notice that on June 17, 2020, the United States District Court for the Northern District of California entered a preliminary injunction in a related case brought by the Chancellor of Community Colleges in California and numerous community college districts in the state. The California Court enjoined enforcement of any restriction by the U.S. Department of Education on student eligibility for CARES Act emergency financial

NOTICE OF FILING
NO. 2:20-cv-00182-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

assistance grants with respect to any community college in California. A copy of the Order Granting Plaintiffs' Motion for Preliminary Injunction is submitted herewith.

RESPECTFULLY SUBMITTED this 23rd day of June 2020.

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
paul.crisalli@atg.wa.gov
spencer.coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

NOTICE OF FILING
NO. 2:20-cv-00182-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## **DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 23rd day of June 2020, at Seattle, Washington.

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General

NOTICE OF FILING
NO. 2:20-cv-00182-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744