1  ROBERT W. FERGUSON
   *Attorney General*
2
   JEFFREY T. SPRUNG, WSBA #23607
3  R. JULY SIMPSON, WSBA #45869
   PAUL M. CRISALLI, WSBA #40681
4  SPENCER W. COATES, WSBA #49683
   *Assistant Attorneys General*
5  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104-3188
6  (206) 464-7744

7              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF WASHINGTON**
8                        **AT SPOKANE**

9  STATE OF WASHINGTON,              NO. 2:20-cv-00182-TOR

10            Plaintiff,             PLAINTIFF STATE OF
                                     WASHINGTON'S MOTION TO
11     v.                            EXPEDITE AND SET
                                     BRIEFING SCHEDULE FOR
12  BETSY DeVOS, in her official     PARTIAL SUMMARY
    capacity as Secretary of the United   JUDGMENT
13  States Department of Education, and
    the UNITED STATES                NOTED FOR: July 1, 2020
14  DEPARTMENT OF EDUCATION, a       Without Oral Argument
    federal agency,
15
              Defendants.
16

17        Plaintiff State of Washington moves under E.D. Wash. LCivR 7(i)(2)(C)

18  for expedited consideration of its Motion for Partial Summary Judgment, which

19  it plans to file on June 29, 2020. Plaintiff intends to seek summary judgment on

20  its challenge to the U.S. Department of Education's restriction on student

21  eligibility for CARES Act emergency financial assistance grants based on the

22  Department's interpretation of 8 U.S.C. § 1611, *i.e.*, that such grants constitute

PLAINTIFF'S MOTION TO                    1        ATTORNEY GENERAL OF WASHINGTON
EXPEDITE AND SET BRIEFING                                   Complex Litigation
                                                          800 Fifth Avenue, Suite 2000
SCHEDULE FOR PARTIAL                                        Seattle, WA 98104-3188
SUMMARY JUDGMENT                                               (206) 464-7744
NO. 2:20-cv-00182-TOR

1    "Federal public benefits" to which most non-citizens are ineligible. *See Oakley*

2    *v. DeVos*, No. 20-cv-03215-YGR, 2020 WL 3268661, at *13-16 (N.D. Cal.

3    June 17, 2020).

4            Good cause for expedited consideration of the motion for partial summary

5    judgment exists because, due to the financial and health emergencies posed by

6    COVID-19, there are thousands of students in Washington institutions of higher

7    education who are in need of CARES Act grants to remain in school, and in some

8    cases to survive. *See, e.g.*, Declaration of Brian Dixon ¶ 6 (Dixon Decl.). These

9    impacts have disproportionately affected students of color. *Id*. Some of these

10   students have been denied CARES Act emergency grants due to the

11   Department's eligibility restriction referred to above, which prevents students

12   who participate in the Deferred Act for Childhood Arrivals program from

13   receiving them. Dixon Decl. ¶ 7; *cf. Dep't of Homeland Sec. Regents of the Univ.*

14   *of California Wolf v. Vidal*, No. 18-587, 2020 WL 3271746 (June 18, 2020).

15           Every day that passes where students who should be eligible for emergency

16   grants are denied this money raises the risk of students disengaging, dropping out

17   of school, and being forced to change their educational plans. Dixon Decl. ¶ 8.

18   This is an immediate problem. Washington State University (WSU), for example,

19   is on a semester system, and students will resume classes in the middle of August.

20   Students must begin making plans now to return to school. Having access as soon

21   as possible to money to help pay for unexpected expenses caused by COVID-19

22

PLAINTIFF'S MOTION TO                    2         ATTORNEY GENERAL OF WASHINGTON
EXPEDITE AND SET BRIEFING                                   Complex Litigation
SCHEDULE FOR PARTIAL                                   800 Fifth Avenue, Suite 2000
                                                          Seattle, WA 98104-3188
SUMMARY JUDGMENT                                             (206) 464-7744
NO. 2:20-cv-00182-TOR

1    will make the difference for some students who may not otherwise be able to

2    return to WSU for their fall semester. Dixon Decl. ¶ 9. The local rules' time

3    requirements for a hearing date necessitate that Washington have its motion

4    decided as soon as possible.

5         Washington cannot file a motion for summary judgment that resolves this

6    entire case in time to get the students referred to above the relief they need.

7    Resolution of Washington's arbitrary and capricious claim (Count II) "is based

8    on the administrative record and the basis for the agency's decision must come

9    from the record." *Ass'n of Irritated Residents v. U.S. E.P.A.*, 790 F.3d 934, 942

10   (9th Cir. 2015). Here, the Department has not yet filed the Administrative Record.

11   Further, once the Department files the Record, Washington will need time to

12   analyze its sufficiency and, if Washington has objections, to negotiate or litigate

13   its adequacy. *See, e.g.*, *Washington v. United States Dep't of State*,

14   No. C18-1115RSL, 2019 WL 1254876 (W.D. Wash. Mar. 19, 2019).

15   Consequently, Washington cannot move for summary judgment on Count II until

16   after the Administrative Record is produced and its sufficiency is resolved, a

17   process that easily could take at least until September.

18        Opposing party's position. On June 22, 2020, Plaintiffs' counsel e-mailed

19   counsel for Defendants, and on June 24, 2020, Plaintiff's counsel spoke by

20   telephone with Defendants' counsel seeking consent to this motion. The

21   Department opposes this motion.

22

PLAINTIFF'S MOTION TO
EXPEDITE AND SET BRIEFING
SCHEDULE FOR PARTIAL
SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

3

1    <u>Briefing schedule</u>. Plaintiff respectfully proposes the following briefing

2    schedule that balances giving Defendants reasonable time to respond to

3    Plaintiff's motion and students' need for prompt relief during the pending state

4    of emergency:

5        June 29, 2020:    Plaintiff will file its motion for partial summary

6                          judgment.

7        July 14, 2020:    Defendants will file their opposition to the motion.

8        July 21, 2020:    Plaintiff will file its reply brief.

9        For the foregoing reasons, Washington requests expedited consideration of

10   its motion for partial summary judgment. A proposed order is submitted

11   herewith.

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF'S MOTION TO
EXPEDITE AND SET BRIEFING
SCHEDULE FOR PARTIAL
SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    RESPECTFULLY SUBMITTED this 24th day of June 2020.

2                                ROBERT W. FERGUSON
                                Attorney General of Washington
3

4                                */s/ Jeffrey T. Sprung*
                                JEFFREY T. SPRUNG, WSBA #23607
5                                R. JULY SIMPSON, WSBA #45869
                                PAUL M. CRISALLI, WSBA #40681
6                                SPENCER W. COATES, WSBA #49683
                                Assistant Attorneys General
7                                800 Fifth Avenue, Suite 2000
                                Seattle, WA 98104-3188
8                                (206) 464-7744
                                jeff.sprung@atg.wa.gov
9                                july.simpson@atg.wa.gov
                                paul.crisalli@atg.wa.gov
10                               spencer.coates@atg.wa.gov
                                *Attorneys for Plaintiff State of Washington*
11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF'S MOTION TO                         5                  ATTORNEY GENERAL OF WASHINGTON
EXPEDITE AND SET BRIEFING                                              Complex Litigation
SCHEDULE FOR PARTIAL                                              800 Fifth Avenue, Suite 2000
SUMMARY JUDGMENT                                                    Seattle, WA 98104-3188
NO. 2:20-cv-00182-TOR                                                  (206) 464-7744

1

## **DECLARATION OF SERVICE**

2          I hereby declare that on this day I caused the foregoing document to be

3   electronically filed with the Clerk of the Court using the Court's CM/ECF System

4   which will serve a copy of this document upon all counsel of record.

5          DATED this 24th day of June 2020, at Seattle, Washington.

6

7                                              */s/ Jeffrey T. Sprung*
                                               JEFFREY T. SPRUNG, WSBA #23607
8                                              Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF'S MOTION TO                          6
EXPEDITE AND SET BRIEFING
SCHEDULE FOR PARTIAL
SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744