| | |
|---|---|
| 1 | ROBERT W. FERGUSON<br>*Attorney General* |
| 2 | |
| 3 | JEFFREY T. SPRUNG, WSBA #23607<br>R. JULY SIMPSON, WSBA #45869 |
| 4 | PAUL M. CRISALLI, WSBA #40681<br>SPENCER W. COATES, WSBA #49683 |
| 5 | *Assistant Attorneys General*<br>800 Fifth Avenue, Suite 2000 |
| 6 | Seattle, WA 98104-3188<br>(206) 464-7744 |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>    Defendants. | NO. 2:20-cv-00182-TOR<br><br>ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT<br><br>[PROPOSED]<br><br>NOTED FOR: July 1, 2020<br>Without Oral Argument |

This matter came before the Court on Plaintiff State of Washington's Motion to Expedite and Set Briefing Schedule for Partial Summary Judgment. The Court has considered Plaintiff's Motion and the entire record herein, and hereby GRANTS Plaintiff's Motion. It is hereby ordered as follows:

- Plaintiff State of Washington shall file its Motion for Partial Summary Judgment on June 29, 2020.

ORDER GRANTING MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]
NO. 2:20-cv-00182-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

- Defendants will file their opposition to the motion by July 14, 2020.
- Plaintiff will file a reply brief by July 21, 2020.

Oral argument on Plaintiff's motion will be held on July ___, 2020, at _____ o'clock at _____.

It is SO ORDERED.

ISSUED this _____ day of June 2020.

_____
THE HONORABLE THOMAS O. RICE

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington


*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
paul.crisalli@atg.wa.gov
spencer.coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

ORDER GRANTING MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]
NO. 2:20-cv-00182-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744