1  ROBERT W. FERGUSON
   *Attorney General*

2

3  JEFFREY T. SPRUNG, WSBA #23607
   R. JULY SIMPSON, WSBA #45869
   PAUL M. CRISALLI, WSBA #40681
4  SPENCER M. COATES, WSBA #49683
   *Assistant Attorneys General*
5  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104-3188
6  (206) 464-7744

7            **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF WASHINGTON**
8                      **AT SPOKANE**

9  STATE OF WASHINGTON,              NO. 2:20-cv-00182-TOR

10              Plaintiff,            DECLARATION OF BRIAN
                                      DIXON IN SUPPORT OF
11     v.                             PLAINTIFF'S MOTION TO
                                      EXPEDITE AND SET
12 BETSY DeVOS, in her official       BRIEFING SCHEDULE FOR
   capacity as Secretary of the United PARTIAL SUMMARY
13 States Department of Education, and JUDGMENT
   the UNITED STATES
14 DEPARTMENT OF EDUCATION, a         NOTED FOR: July 1, 2020
   federal agency,                    Without Oral Argument
15
                Defendants.
16

17

18

19

20

21

22

DECLARATION OF BRIAN DIXON
NO. 2:20-cv-00182-TOR

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I, Brian Dixon, declare as follows.

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I submit this declaration in support of the State of Washington's litigation against the United States Department of Education (ED) challenging the guidance it issued that limit the number of students who can receive emergency grants to students made available by Congress in the CARES Act. I have compiled the information in the statements below through my personal knowledge or based on the documents that I have reviewed. I have familiarized myself with the information contained in the CARES Act sections regarding Higher Education as well as with ED's FAQs and Interim Final Rule. I am also familiar with the requirements for applications for financial aid under Title IV, section 484 of the Higher Education Act.

3. This declaration supplements the statements I made in the declaration submitted in support of Plaintiff's Motion for Preliminary Injunction in this action.

4. I have served as the Assistant Vice President of Student Financial Services at Washington State University (WSU) since July 1, 2014. Prior to that I worked as Vice President of Collegiate Consulting. Former Washington Financial aid Association President, completing a doctorate in higher education policy and leadership at Northcentral University (all but dissertation).

DECLARATION OF BRIAN DIXON
NO. 2:20-cv-00182-TOR                    1                    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

5. As Assistant Vice President of Student Financial Services, I help to develop financial aid policies and procedures as well as enrollment policies and strategies. Reporting to the Executive Director for Enrollment Management, I advise senior administrators in formulating, interpreting, and implementing financial aid and scholarship policies and strategies to ensure access, affordability, and student success while meeting university enrollment goals. In my position, I have ultimate responsibility for accurate, efficient, and timely delivery of annual financial aid, which includes grants, scholarships, waivers, loans, and work-study programs to all undergraduate, graduate, and professional students while ensuring compliance with federal and state regulations as well as institutional policies.

6. Due to the financial and health emergencies posed by COVID-19, there are thousands of students at WSU who are in need of CARES Act grants to remain in school, and in some cases to survive. These impacts have fallen particularly hard on our students of color. According to a nationally representative survey performed by Strada Education Network based on more than 10,000 responses collected between March 25 and May 28, 2020, Black Americans and Latinos are significantly more likely than white Americans to have changed or canceled their education plans.

7. Students at WSU have been denied CARES Act emergency grants due to the ED's eligibility restriction that prevents students who participate in the Deferred Action for Childhood Arrivals (DACA) program from receiving them.

DECLARATION OF BRIAN DIXON
NO. 2:20-cv-00182-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   Over 250 undocumented students, including many who are in the DACA
2   program, are enrolled at WSU. These students are in the group who have applied
3   for emergency financial assistance grants under the CARES Act. WSU has
4   attempted to use institutional and privately contributed funds to assist these
5   students, but requests by students whom ED has deemed ineligible have outpaced
6   the funds WSU possesses for these purposes.

7         8.    Every day that passes where students who should be eligible for
8   emergency grants are denied this money raises the risk of students disengaging,
9   dropping out of school, and being forced to change their educational plans. I am
10  aware of DACA students who need emergency grants and have been spending
11  more money than they have coming in due to unplanned expenses caused by
12  COVID-19. Some of these students have managed to scrape together money to
13  cover these expenses but as a result have fallen behind in other areas, such as
14  payment of rent or covering other life expenses. Others were forced to suspend
15  their classes due to financial pressures or their inability to afford technology or
16  internet to effectively engage in online classes. If we were able to provide them
17  CARES Act emergency financial assistance, they would be better able to manage
18  the financial pressures COVID-19 has caused and remain in school. This
19  promotes our university's goal, which is to enable them to achieve social and
20  economic mobility and become productive members of our community.

21
22

DECLARATION OF BRIAN DIXON
NO. 2:20-cv-00182-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

9. Getting these students emergency assistance as quickly as possible is urgent. WSU is on a semester system, and students will resume classes in the middle of August. Students must begin making plans now to return to school. Having access as soon as possible to money to help pay for unexpected expenses caused by COVID-19 will make the difference for some students who may not have been able to return to WSU for their fall semester.

10. WSU is current in processing every eligible CARES Act request we have received, including for students who benefited from this Court's June 12, 2020 preliminary injunction. My office appreciates the sensitivity and urgency of the circumstances our students face whose educational experience has been impacted by COVID-19. We have dedicated resources specifically to addressing these circumstances, and we have made every effort—and succeeded in—acting on Congress's directive in the CARES Act and this Court's preliminary injunction.

11. I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this  24th  day of June 2020, at Pullman, Washington.

*Brian Dixon*
BRIAN A. DIXON
Assistant Vice President
Student Financial Services

DECLARATION OF BRIAN DIXON
NO. 2:20-cv-00182-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 24th day of June 2020, at Seattle, Washington.

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General

DECLARATION OF BRIAN DIXON
NO. 2:20-cv-00182-TOR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744