ROBERT W. FERGUSON
*Attorney General*

JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

STATE OF WASHINGTON,

Plaintiff,

v.

BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,

Defendants.

NO. 2:20-cv-00182-TOR

PLAINTIFF STATE OF WASHINGTON'S REPLY IN SUPPORT OF ITS MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT

NOTED FOR: July 1, 2020
Without Oral Argument

Washington files this reply in support of its motion for expedited consideration of its Motion for Partial Summary Judgment, which it plans to file today. Washington did not represent that it planned to seek partial final judgment under Fed. R. Civ. P. 54(b), as implied by the Department (ECF No. 35 at 2-3). Instead, it will seek partial summary judgment. *See* Fed. R. Civ. P. 56(a) ("MOTION FOR SUMMARY JUDGMENT *OR PARTIAL SUMMARY JUDGMENT*")

PLAINTIFF'S REPLY RE: MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

(emphasis added). "[A] partial summary judgment is merely a pretrial adjudication that certain issues shall be deemed established for the trial of the case. This adjudication . . . serves the purpose of speeding up litigation by eliminating before trial matters wherein there is no genuine issue of fact." Fed. R. Civ. P. 56 (Notes of Advisory Committee on Rules—1946 Amend.). Thus, Washington's motion does implicate Rule 54(b) and the policy against piecemeal appeals serving as the basis for the Department's opposition. *See, e.g.*, *Reiter v. Cooper*, 507 U.S. 258, 265 (1993); *Wood v. GCC Bend, LLC*, 422 F.3d 873, 878 (9th Cir. 2005); *Cont'l Airlines, Inc. v. Goodyear Tire & Rubber Co.*, 819 F.2d 1519, 1525 (9th Cir. 1987).

Washington objects to the summary judgment schedule proposed in the Department's opposition. The schedule gives Washington only eight days to review the administrative record, resolve or litigate any issues with the completeness of the record, and prepare a motion for summary judgment on all issues in the case, including whether the record supports the agency's decision. This is completely unrealistic.

Finally, the Department includes in its opposition brief a request to stay its obligation to answer the complaint. This request was not raised with Washington previously. Washington believes it is premature for the Court to address this request, before the parties have had a chance to meet and confer. *See* LCivR 7(b)(2).

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Washington respectfully requests that the Court order the expedited partial summary judgment schedule outlined in its motion.

RESPECTFULLY SUBMITTED this 29th day of June 2020.

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
paul.crisalli@atg.wa.gov
spencer.coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

PLAINTIFF'S REPLY RE: MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 29th day of June 2020, at Seattle, Washington.

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General

PLAINTIFF'S REPLY RE: MOTION TO EXPEDITE AND SET BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744