1 | ROBERT W. FERGUSON
*Attorney General*

2

3 | SPENCER W. COATES, WSBA #49683
R. JULY SIMPSON, WSBA #45869
JEFFREY T. SPRUNG, WSBA #23607
4 | PAUL M. CRISALLI, WSBA #40681
*Assistant Attorneys General*
5 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
6 | (206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-00182-TOR |
| Plaintiff, | ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency, | [PROPOSED] |
| | NOTED FOR: JULY 27, 2020 With Telephonic Oral Argument: 11:00 a.m. |
| Defendants. | |

This matter came before the Court on Plaintiff State of Washington's Motion for Partial Summary Judgment. The Court has considered all of the following:

1. Plaintiff State of Washington's Motion for Partial Summary Judgment (ECF No. _____) with supporting declarations and exhibits;

2. Defendants' Response to Plaintiff State of Washington's Motion for

ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2:20-cv-00182-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1 | Partial Summary Judgment (ECF No. _____);

2 |     3.    Plaintiff State of Washington's Reply in Support of Motion for

3 | Partial Summary Judgment (ECF No. _____); and

4 |     4.    The entire record in the above-captioned matter.

5 | Being fully apprised of the matter, now, therefore, it is hereby

6 | ORDERED, ADJUDGED, AND DECREED that Plaintiff State of Washington's Motion for Partial Summary Judgment is hereby GRANTED. The Department does not have the authority to impose any eligibility restrictions on CARES Act HEERF Student Emergency Grants. Further, the CARES Act HEERF Student Emergency Grants are not "federal public benefits" under 8 U.S.C. § 1611(a). The provisions of 8 U.S.C. §§ 1611 et seq. do not apply to CARES Act HEERF funds.

It is SO ORDERED.

ISSUED this _____ day of _____ 2020.

_____
THE HONORABLE THOMAS O. RICE

ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S
MOTION FOR PARTIAL
SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Spencer W. Coates*
SPENCER W. COATES, WSBA #49683
R. JULY SIMPSON, WSBA #45869
JEFFREY T. SPRUNG, WSBA #23607
PAUL M. CRISALLI, WSBA #40681
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov
july.simpson@atg.wa.gov
jeff.sprung@atg.wa.gov
paul.crisalli@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S
MOTION FOR PARTIAL
SUMMARY JUDGMENT
NO. 2:20-cv-00182-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744