ETHAN P. DAVIS
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Tel. (202) 305-8550
alexander.v.sverdlov@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BETSY DEVOS, et al.,<br><br>Defendants. | Case No. 2:20-cv-00182-TOR<br><br>**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[PROPOSED]<br><br>NOTED FOR: August 19, 2020<br>Without Oral Argument |

Upon consideration of Defendants' consent motion for an extension of time to respond to complaint, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Defendants shall respond to the complaint on or before August 28, 2020.

SO ORDERED.

Dated: _____, 2020         _____
                                    THOMAS O. RICE
                                    UNITED STATES DISTRICT JUDGE