1
2
3
4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>Defendants. | Case No: 2:20-CV-0182-TOR<br><br>**NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE** |

**TELEPHONIC SCHEDULING CONFERENCE**

**DATE: 9/23/2020  TIME: 8:30 a.m.**

Counsel and pro se parties shall call the following telephone number on the date and time indicated for a mandatory **telephonic** Scheduling Conference before Judge Thomas O. Rice.  **All pro se parties and an attorney substantively familiar with the case must participate in the telephonic scheduling conference.**

**PHONE NUMBER:  (888) 273-3658
ACCESS CODE:     2982935
SECURITY CODE:  0182**

**The use of cellular or speaker phones is not permitted for telephonic proceedings.**

Rule 26(d)(1) prohibits a party from seeking discovery from any source before the parties have had their Rule 26(f) conference.

Notice Setting Telephonic Scheduling Conference - 1

To ensure that this matter advances efficiently, counsel shall discuss each and every one of the following subjects during the Rule 26(f) conference and then file a combined report addressing <u>each one of these subjects</u> not less than 14 days before the Scheduling Conference:

    a. whether jurisdiction and venue exist and, if they do exist, the basis for each;

    b. whether service of process is complete and, if not, a deadline for completion;

    c. suggested deadline for adding additional parties, and amending the pleadings;

    d. discovery:
- subjects on which discovery may be needed beyond the Administrative Record;
- any issues about preserving discoverable information, including electronically stored information;
- claims of privilege, protection of confidentiality, and proposed confidentiality agreements;
- proposed agreements reached under Fed. R. Evid. 502;
- proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);
- suggested expert disclosure deadlines; and
- suggested discovery cut-off;

    e. suggested schedule for filing cross-motions for summary judgment;

    f. the likelihood for settlement and the point at which the parties can conduct meaningful dispute resolution, and

    g. any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.

DATED: August 20, 2020



THOMAS O. RICE
United States District Judge

Notice Setting Telephonic Scheduling Conference - 2