# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education, and UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>　　　　　　　　　　　　Defendants. | **Case No.**　1:20-CV-0182-TOR<br><br>**CIVIL MINUTES**<br><br>**DATE:**　9/23/2020<br><br>**LOCATION:**　Telephonic<br><br>**SCHEDULING CONFERENCE** |

### JUDGE THOMAS O. RICE

| Linda Hansen | | Crystal Hicks |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk**　　　**Interpreter** | **Court Reporter** |
| R July Simpson and Jeffrey T Sprung | Alexander V Sverdlov | |
| **Plaintiff's Counsel** | **Defendants' Counsel** | |

[  ] Open Court　　　　　[  ] Chambers　　　　　[ X ] Telephonic

Parties present by telephone.   The Court has reviewed the file and the submission of the parties.

Any motions for discovery shall be filed on or before 11/2/2020.

The Court will enter a detailed written order consistent with the parties' joint status report.

| CONVENED:  8:29 AM | ADJOURNED:  8:31 AM | TIME:  2 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|