IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETSY DEVOS, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00182-TOR<br><br>**ORDER APPROVING STIPULATION**<br><br>[PROPOSED] |

　　On February 18, 2021, the Parties filed a Stipulated Request to Hold Proceedings in Abeyance. Upon this submission and stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT proceedings in this action are held in abeyance and all pending deadlines are STAYED. The Parties shall file a Joint Status Report no later than sixty days from the date of this Order, apprising the Court of the current status of the Department's consideration; whether the Parties wish to proceed with briefing cross-motions for summary judgment; and, if applicable, proposing a revised briefing schedule.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____, 2021　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE THOMAS O. RICE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE