BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Tel. (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

STATE OF WASHINGTON,

    Plaintiff,

  v.

MIGUEL CARDONA, in his official capacity as the United States Acting Secretary of Education[1], et al.,

    Defendants.

Case No. 2:20-cv-00182-TOR

**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE HOLDING PROCEEDINGS IN ABEYANCE**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Miguel Cardona is automatically substituted as a defendant in this action.

      The parties respectfully submit this joint status report pursuant to the Court's Order of February 18, 2021, and further stipulate—and respectfully request—that the Court continue to hold proceedings in this action in abeyance. The parties have conferred and report as follows:

      1.    Following the change in Department leadership on January 20, 2021, the Department has continued to work towards publishing a final rule or taking other action to address the issues raised in comments submitted regarding the IFR at issue in this case. In light of the Department's continuing consideration, counsel for Defendants conferred with counsel for Plaintiff, and the Parties have agreed and jointly request that proceedings in this case be held in abeyance for an additional sixty days. The Parties further agree and propose that, at the end of this sixty-day period, the Parties will file a joint status report apprising the Court of the status of the Department's consideration and whether the Parties wish to proceed with briefing cross-motions for summary judgment, including, if applicable, a revised briefing schedule.

      2.    The Parties thus respectfully request that the Court continue to hold proceedings in this action in abeyance and order the parties to file a joint status report no later than sixty days from the date of the Court's order, apprising the Court of the status of the Department's consideration and whether the Parties wish to proceed with briefing cross-motions for summary judgment, including, if applicable, a revised briefing schedule.

JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE HOLDING PROCEEDINGS IN ABEYANCE
Case No. 2:20-cv-00182-TOR

| | |
|---|---|
| DATED:  April 19, 2021 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>/s/ Alexander V. Sverdlov<br>ALEXANDER V. SVERDLOV<br>  (New York Bar No. 4918793)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Tel. (202) 305-8550<br>alexander.v.sverdlov@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>/s/ *R. July Simpson*<br>R. JULY SIMPSON, WSBA #45869<br>SPENCER W. COATES, WSBA #49683<br>JEFFREY T. SPRUNG, WSBA #23607<br>PAUL M. CRISALLI, WSBA #40681<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>july.simpson@atg.wa.gov<br>spencer.coates@atg.wa.gov<br>jeff.sprung@atg.wa.gov<br>paul.crisalli@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* |

JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE HOLDING PROCEEDINGS IN ABEYANCE
Case No. 2:20-cv-00182-TOR

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV

JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE HOLDING PROCEEDINGS IN ABEYANCE
Case No. 2:20-cv-00182-TOR