ROBERT W. FERGUSON
*Attorney General*

JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
SPENCER W. COATES, WSBA #49683
PAUL M. CRISALLI, WSBA #40681
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-00182-TOR |
| Plaintiff, | **STIPULATED DISMISSAL WITHOUT PREJUDICE OF FIRST AMENDED COMPLAINT** |
| v. | |
| MIGUEL CARDONA, in his official capacity as Acting Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency, | |
| Defendants. | |

Plaintiff State of Washington filed a complaint and motion for preliminary injunction in this action on May 19, 2020, (ECF Nos. 1 and 5) challenging Defendants' imposition of eligibility restrictions on COVID-19 emergency assistance grants for students under the Higher Education Emergency Relief Funds Program (HEERF) enacted under the Coronavirus Aid, Relief and Economic Security (CARES) Act of March 27, 2020. Defendants' eligibility

STIPULATED DISMISSAL
WITHOUT PREJUDICE OF FIRST
AMENDED COMPLAINT
NO. 2:20-cv-00182-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

restrictions first appeared on April 21, 2020, in guidance that prohibited institutions of higher education from disbursing HEERF grants to students unless they were eligible for federal financial aid under title IV of the Higher Education Act of 1965 (Title IV). On June 17, 2020, Defendants published an Interim Final Rule (IFR) that incorporated Defendants' Title IV restrictions on student eligibility for HEERF grants and also stated that restrictions on the disbursement of "federal financial aid" to certain noncitizens under 8 U.S.C. § 1611 (Section 1611) applied to HEERF grants.

On June 12, 2020, this Court issued a preliminary injunction (ECF No. 31) prohibiting Defendants from implementing or enforcing the provisions of the April 21, 2020, guidance and the IFR that restricts the discretion of higher institutions in the State of Washington to determine which students will receive CARES Act student emergency financial assistance grants. The Order did not lift the restrictions of Section 1611, and in an Order on a subsequent motion for partial summary judgment, the Court declined to lift those restrictions (ECF No. 63). On September 18, 2020, Plaintiffs filed a First Amended Complaint (ECF No. 69) to incorporate a challenge to Defendants' IFR as *ultra vires* and as violating separation of powers' principles, the Spending Clause, and the Administrative Procedure Act.

STIPULATED DISMISSAL
WITHOUT PREJUDICE OF FIRST
AMENDED COMPLAINT
NO. 2:20-cv-00182-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

On May 14, 2021, Defendants published in the Federal Register a Final Rule, 86 Fed. Reg. 26608, in which they rescinded the IFR's Title IV and Section 1611 eligibility restrictions on HEERF grants to students and amended applicable regulations to provide that eligible institutions of higher education could disburse HEERF grants to any enrolled student.

THEREFORE, the PARTIES, through their undersigned attorneys, HEREBY STIPULATE AND AGREE as follows:

1. The above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and
2. All parties will bear their own fees and costs.

RESPECTFULLY SUBMITTED this 21 day of June 2021.

ROBERT W. FERGUSON
Attorney General of Washington

/s/ R. July Simpson
JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
SPENCER W. COATES, WSBA #49683
PAUL M. CRISALLI, WSBA #40681
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
spencer.coates@atg.wa.gov
paul.crisalli@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

STIPULATED DISMISSAL
WITHOUT PREJUDICE OF FIRST
AMENDED COMPLAINT
NO. 2:20-cv-00182-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
(New York Bar No. 4918793)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel. (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Attorneys for Defendants*

STIPULATED DISMISSAL
WITHOUT PREJUDICE OF FIRST
AMENDED COMPLAINT
NO. 2:20-cv-00182-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1
**DECLARATION OF SERVICE**

2   I hereby declare that on this day I caused the foregoing document to be
3 electronically filed with the Clerk of the Court using the Court's
4 CM/ECF System, which will serve a copy of this document upon all counsel of
5 record.

6   DATED this 21 day of June 2021 at Tacoma, Washington.

7

8
*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATED DISMISSAL
WITHOUT PREJUDICE OF FIRST
AMENDED COMPLAINT
NO. 2:20-cv-00182-TOR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744