UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL CARDONA, in his official capacity as Acting Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>　　　　　　　　　Defendants. | NO: 2:20-CV-0182-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Dismissal Without Prejudice (ECF No. 81). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of this action without prejudice and that each party will bear their own fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice, each party shall bear their own fees and costs.

All pending motions are **denied** as moot. Any remaining hearings and deadlines are **vacated**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 22, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2