# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STATE OF WASHINGTON,<br>*Plaintiff*<br>v.<br>MIGUEL CARDONA, in his official capacity as Acting Secretary of the United States Department of Education, et al.,<br>*Defendant* | ) )<br>) )<br>) ) Civil Action No. 2:20-CV-0182-TOR<br>) )<br>) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against Defendant are dismissed with prejudice and without costs and/or attorney fees as to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on the parties' stipulation ECF No. 18.

Date:  June 22, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen