# UNITED STATES DISTRICT COURT
for the

_____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) ) ) | Civil Action No. |
| | ) | |
| *Defendant* | | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on the parties' stipulation ECF No. 18.


Date: June 22, 2021

*CLERK OF COURT*

_____

_____
*(By) Deputy Clerk*